728 A.2d 224

IN THE MATTER OF JOHN G. TAKACS, AN ATTORNEY AT LAW.

April 19, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN G. TAKACS** of **MARLTON,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of three years effective August 11, 1995, by Order of this Court dated January 14, 1997, be restored to the practice of law, effective immediately.